**FILED**

2017 Nov-01  PM 02:59
U.S. DISTRICT COURT
N.D. OF ALABAMA



1993
5

Pro Se 14 (Rev. 10/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
## for the
## NORTHERN DISTRICT OF ALABAMA

Bruce Daniel Ward Jr
_____
*Plaintiff*
*(Write your full name. No more than one plaintiff may be named in a complaint.)*

-v-

See attached
_____
*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all of the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here. Your complaint may be brought in this court only if one or more of the named defendants is located within this district.)*

**1:17-cv-01835-MHH-SGC**

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee of $400.00 or an Application to Proceed *In Forma Pauperis*.

Mail the original complaint and the filing fee of $400.00 or an Application to Proceed *In Forma Pauperis* to the Clerk of the United States District Court for the Northern District of Alabama, Room 140, Hugo L. Black U.S. Courthouse, 1729 5th Avenue North, Birmingham, Alabama 35203-2195.

---

Anniston Police Department
Calhoun County Police Department
James Coon

## I.   The Parties to this Complaint

### A.   The Plaintiff

Provide the information below for the plaintiff named in the complaint.

Name                                        Bruce Daniel Ward Jr

All other names by which
you have been known

ID Number                               309157

Current Institution                     SHELBY County Jail

Address                                  Columbiana              AL        35051
                                              *City*                 *State*      *Zip Code*

### B.   The Defendant

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name                                     Anniston Police Department

Job or Title *(if known)*

Shield Number

Employer

Address                                  Anniston                  AL        36201
                                              *City*                 *State*      *Zip Code*

☐   Individual Capacity        ☑   Official Capacity

Defendant No. 2

Name                                     Calhoun County Sheriffs Department

Job or Title *(if known)*

Shield Number

Employer

Address                                  Anniston                  AL        36201
                                              *City*                 *State*      *Zip Code*

☐   Individual Capacity        ☑   Official Capacity

Page 2 of 14

Defendant No. 3

Name James Coon

Job or Title *(if known)* Army reserves

Shield Number

Employer United States of America

Address Jacksonville AL 36065
                *City*                         *State*       *Zip Code*

☑ Individual Capacity ☐ Official Capacity

Defendant No. 4

Name

Job or Title *(if known)*

Shield Number

Employer

Address
                *City*                         *State*       *Zip Code*

☐ Individual Capacity ☐ Official Capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal law]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics,* 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☑ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities, secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Page 3 of 14

C. Plaintiffs suing under *Bivens* may only recover for violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

_____

_____

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

_____

_____

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☑ Pretrial Detainee

☐ Civilly committed detainee

☐ Immigration detainee

☐ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☐ Other *(explain)*: _____

## IV. State of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

IV STATE OF CLAIM

D. ON February 6th between 10AM and 11AM James Coon Came to my residence ON 1630 Murray Ave With a gun claiming I broke into his home in Jacksonville He demanded I give him a playstation 3 a playstation 4 and a 60 inch SAMSUNG T.V. I could only give him the Playstation 3 that belonged to my daughters. I SAID I knew a guy who might have A Tv and he forced my wife and I to go get it from piedmont AL at gunpoint. Before we left he got on the phone called the police either ANNiston or Calhoun County and said hey I'm the guy that was just down there and you gave me Bruce Ward's address I went straight to him, Why couldn't you While waving the gun at me. He hung up the phone and said the police told him that he can shoot me so the coroner can come out cause they don't feel like filling out a arrest report.

A.  If the events giving rise to your claim arose outside an institution, describe where and when they arose.

_1630 Murray Ave Anniston AL 36201  2/6/2017 between 10AM and 11AM_

B.  If the events giving rise to your claim arose in an institution, describe where and when they arose.

C.  What date and approximate time did the events giving rise to your claim(s) occur?

_2/6/2017 Between 10 AM and 11 AM_

D.  What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

_Anniston police or Calhoun County police gave my address to James Cow whom came to my home robbed me and kidnapped me and my wife Kalebra Ward at gun point_

## V.  Injuries

If you sustained injuries related to the events alleged above, describe your injuries in detail.

_Wife lost house, Kids lost Playstation 3 and my wife divorced me cause of the danger she was put in._

## VI.  Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

_I would like the court to compensate me for the pain and suffering cause to me and my family and have the state charges Mr. Coon filed on me dismissed. CC17-802_

_____

_____

_____

_____

_____

**VII.   Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☐   Yes

☑   No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_____

B.   Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑   Yes

☐   No

☐   Don't know

C.   Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐   Yes

☐   No

☑   Don't know

If yes, which claims(s)?

_____

_____

D.   Did you file a grievance in the jail, prison, or other correctional facility where your
     claim(s) arose concerning the facts relating to this complaint?

     ☐   Yes

     ☑   No

     If no, did you file a grievance about the events described in this complaint at any other
     jail, prison, or other correctional facility?

     ☐   Yes

     ☑   No

E.   If you did file a grievance:

     1.   Where did you file the grievance?

          _____

     2.   What did you claim in your grievance?

          _____

     3.   What was the result, if any?

          _____

     4.   What steps, if any, did you take to appeal that decision? Is the grievance process
          completed? If not, explain why not. *(Describe all efforts to appeal to the highest
          level of the grievance process.)*

          _____

          _____

          _____

          _____

          _____

          _____

          _____

          _____

          _____

Page 7 of 14

F.   If you did not file a grievance:

    1.   If there are any reasons why you did not file a grievance, state them here:

_____

_____

    2.   If you did not file a grievance but you did inform officials of your claim, state
who you informed, when and how, and their response, if any:

*Officer Butterworth and the other detective
who interviewed me in Jacksonville Police dept, THAT
I gave him that stuff cause I felt bad.*

G.   Please set forth any additional information that is relevant to the exhaustion of your
administrative remedies:

_____

_____

*(Note: You may attach as exhibits to this complaint any documents related to the
exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court
without paying the filing fee if that prisoner has "on three or more prior occasions, while
incarcerated or detained in any facility, brought an action or appeal in a court of the United
States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim
upon which relief may be granted, unless the prisoner is under imminent danger of serious
physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had any cases dismissed based on grounds that it was
frivolous, malicious, or failed to state a claim upon which relief may be granted?

☐   Yes

☑   No

If yes, state which court dismissed your case(s), when this occurred, and attach a copy of the
order(s) if possible.

_____

_____

_____

Page **8** of 14

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐  Yes

☑  No

B.  If your answer to "A" is "Yes," describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit:

Plaintiff(s) _____

Defendant(s) _____

2.  Court *(if federal court, name the district; if state court, name the county and State)*:

_____

3.  Docket or index number:

_____

4.  Name of Judge assigned to your case:

_____

5.  Approximate date of filing lawsuit:

_____

6.  Is the case still pending?

☐  Yes

☐  No

If no, give the approximate date of disposition: _____

7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

## IX.  Certification and Closing

Under Rule 11 of the Federal Rules of Civil Procedure, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an

Page **9** of **14**

improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.**

Printed Name of Plaintiff:  Bruce Daniel Ward Jr

Prison Identification Number:  309157

Prison Address:  SHelby County Jail

P.O. Box 1240

Columbiana          AL          36201
     *City*              *State*        *Zip Code*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  8/16/2017          Bruce D. Ward Jr
                                Signature of Plaintiff